857 A.2d 182

WAL–MART STORES, INC.,

v.

WORKERS' COMPENSATION APPEAL BOARD (RIDER).

Petition of Leroy Rider.

Supreme Court of Pennsylvania.

July 22, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 22nd day of July 2004, we **GRANT** the Petition for Allowance of Appeal and **CONSOLIDATE** it with *Gardner v. Workers' Compensation Appeal Board (Genesis Health Ventures)*, 14 EAP 2004.